# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| QUAY BOWEN, | ) |
| | ) |
|    Plaintiff, | ) Civil Action No. |
| | ) 1:16-cv-04324-TWT-LTW |
| v. | ) |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES | ) |
| LLC and | ) |
| COOLING & WINTER LLC | ) |
| | ) |
|    Defendants. | ) |
| _____ | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW, Plaintiff Quay Bowen and Defendants Cooling & Winter, LLC, and Portfolio Recovery Associates LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed against all parties, with prejudice, with the parties to bear their own attorney fees, costs and expenses.

Respectfully submitted this 16 day of June 2017.

Prepared by:                         Cooling & Winter LLC

                                                    /s/ Salvatore Louis Schiappa III\_\_\_\_\_
                                                    Salvatore Louis Schiappa III
                                                    Georgia Bar 600189

|  |  |
|---|---|
|  | Attorney for Cooling & Winter LLC |
|  | 1355 Roswell Rd, Suite 240 |
|  | Marietta GA 30062 |
|  | 770-988-9055 |
|  | lschiappa@coolingwinter.com |
| Consented to by: | Goldberg & Cuvillier, P.C. |
|  | /s/ Ralph S. Goldberg |
|  | (electronically signed by Salvatore Louis Schiappa III with express permission) |
|  | Ralph S. Goldberg |
|  | Attorney for Plaintiff |
|  | Goldberg & Cuvillier, P.C. |
|  | 1400 Montreal Road, E. |
|  | Suite 100 |
|  | Tucker, GA 30084 |
|  | 770-670-7343 |
|  | Fax: 770-670-7344 |
|  | Email: attorneygoldberg@hotmail.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| QUAY BOWEN, | ) |
| | ) |
|     Plaintiff, | ) Civil Action No. |
| | ) 1:16-cv-04324-TWT-LTW |
| v. | ) |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES | ) |
|  LLC and | ) |
| COOLING & WINTER LLC | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Ralph S. Goldberg
Attorney for Plaintiff
Goldberg & Cuvillier, P.C.
1400 Montreal Road, E.
Suite 100
Tucker, GA 30084
770-670-7343
Fax: 770-670-7344
Email: attorneygoldberg@hotmail.com

3

This 16 day of June, 2017.        Respectfully submitted,

                                                             Cooling & Winter LLC

                                                             /s/ Salvatore Louis Schiappa III_____
                                                             Salvatore Louis Schiappa III
                                                             Georgia Bar 600189
                                                             Attorney for Cooling & Winter LLC
                                                             1355 Roswell Rd, Suite 240
                                                             Marietta GA 30062
                                                             770-988-9055
                                                             lschiappa@coolingwinter.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to Local Rule 5.1, the undersigned counsel certifies that this document has been prepared using Times New Roman 14 point font.

                                                             Cooling & Winter LLC

                                                             /s/ Salvatore Louis Schiappa III_____
                                                             Salvatore Louis Schiappa III
                                                             Georgia Bar 600189
                                                             Attorney for Cooling & Winter LLC
                                                             1355 Roswell Rd, Suite 240
                                                             Marietta GA 30062
                                                             770-988-9055
                                                             lschiappa@coolingwinter.com